IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. __D/SC__ 3:24-872_____ |
| | ) | |
| v. | ) | |
| | ) | **WRIT OF HABEAS CORPUS** |
| MICHAEL NATHAN HOLLAND | ) | **AD PROSEQUENDUM** |

It appears that criminal charges have been filed against the defendant in the above-entitled case. It further appears that the defendant, MICHAEL NATHAN HOLLAND, is presently incarcerated at the Lexington County Detention Center. It is therefore

ORDERED that the Jailer, or their authorized representative, deliver, to the United States Marshals MICHAEL NATHAN HOLLAND service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.


_____
SHIVA V. HODGES
UNITED STATES MAGISTRATE JUDGE


November __5__, 2024

Columbia, South Carolina

1

I SO MOVE:


ADAIR F. BOROUGHS
UNITED STATES ATTORNEY


By:   s/Scott Matthews
         J. Scott Matthews (#13779)
         Assistant United States Attorney
         1441 Main Street, Suite 500
         Columbia, South Carolina 29201
         Telephone: (803) 929-3000
         Email Address:  Jonathan.Matthews2@usdoj.gov